No. —, original. Ex parte Doble Laboratories. Submitted October 27, 1930. Decided November 3, 1930. The motion for leave to file a petition for writ of mandamus is denied. *Messrs. Wm. H. Hunt, Frederick S. Lyon,* and *Leonard S. Lyon* for petitioner.

No. 14, original. United States *v.* Utah. November 3, 1930. The report of the special master is received and ordered to be filed. Exceptions by the parties, if any, shall be filed on or before January 26 next, and the case is assigned for hearing on such exceptions, if any, on Tuesday, February 24 next. *Solicitor General Thacher* and *Messrs. Charles M. Blackmar* and *Randolph S. Collins* for the United States. *Messrs. George P. Parker, Waldemar Van Cott, P. T. Farnsworth, Jr., Geo. D. Parkinson,* and *Wm. A. Hilton* for defendant.

No. 442. Magnolia State Building & Loan Assn. *v.* Miller, State Tax Collector. Jurisdictional statement submitted October 27, 1930. Decided November 3, 1930. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Northwestern Mutual Life Ins. Co.* v. *Wisconsin,* 247 U. S. 132; *Kansas City M. & B. R. Co.* v. *Stiles,* 242 U. S. 111. *Messrs. Garner W. Green, Marcellus Green, R. H. Thompson,* and *Wm. H. Watkins* for appellant. *Messrs. Gordon Garland Lyell* and *Simon Rosenthal* for appellee.